# Tilton Beldner LLP

www.tiltonbeldner.com

*626 RXR Plaza*
*Uniondale, New York 11556*
*Tel.: (631) 629-5291*
*Fax: (516) 324-3170*
*etilton@tiltonbeldner.com*

<u>Via ECF</u>

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

September 16, 2022

*[Handwritten: Sep. 20, 2022 Conference adjourned to October 7, 2022 at 2:30 P.M. So ordered. /s/ JGKoeltl 9/17/22 U.S.D.J.]*

Re:   <u>Pleitez Galicia v. Marielos Corp. et al.</u>
      <u>No. 21-cv-6255(JGK)(OTW)</u>

Your Honor:

I represent the Defendants in the above matter. This matter was scheduled for a status conference for September 20, 2022, at noon, as a result of an alleged breach of the settlement agreement. I write to respectfully request that the conference be adjourned 14 days to October 4, 2022, so that I may see if I can cure any alleged breach with my clients. This request is made with the consent of counsel for Plaintiff. The reason for this request follows.

My clients only speak Spanish. I work with their niece, who also helps run the business, to relay information between me and my clients as a translator. When Plaintiff had informed me that two of the checks meant to be paid to Plaintiff could not be deposited due to insufficient funds, I immediately reached out to my clients' niece. She then informed her aunt of the situation and had believed the matter had been taken care of. At the same time, she got a new telephone number that I was unaware of. Accordingly, I was not able to speak to her for the last two months or so while this issue was, apparently, unresolved. I emailed her on several occasions but my client's niece did not respond because, as indicated, she thought the matter was resolved. Thus, apparently, this issue is a result of a misunderstanding and a loss in translation.

I have now received a response to my emails from my clients' niece in response to me informing them of Plaintiff's request for a status conference. They believe this issue can be resolved in two weeks. I have a call schedule with my client's niece to discuss the matter. Accordingly, I would request an adjournment of the status conference of 14 days for me to ensure this issue is remedied, and I expect at that time we will be writing the Court to cancel the conference as moot once the issue is remedied.

I apologize on behalf of my clients to both the Court and Plaintiff regarding this

misunderstanding. I thank you for your time and consideration, and remain available to conference with the Court if necessary.

Very truly yours,

*s/ Eric S. Tilton*
Eric S. Tilton

Cc via ECF:   All counsel of record